SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>       Plaintiff,<br><br>  vs.<br><br>Anil Singh, et al,<br><br><br>       Defendants | Case No.: CIV.S 08-cv-01574-LKK-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SABBY INVESTMENT CO, INC., a California Corporation AND ORDER**<br><br>Complaint Filed: JULY 9, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Sabby Investment Co., Inc., a California Corporation) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Sabby Investment Co., Inc., a California Corporation) is dismissed because Plaintiff and Defendant have settled their dispute.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: September 24, 2008 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated:   September 25, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com